**Dismissed and Opinion Filed May 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00421-CR
No. 05-14-00422-CR
No. 05-14-00423-CR
No. 05-14-00424-CR

**OSCAR FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-23720-J, F13-24199-J, F13-24201-J, F13-25015-J**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140421F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

OSCAR FLORES, Appellant

No. 05-14-00421-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F13-23720-J.
Opinion delivered per curiam before Justices Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 7th day of May, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OSCAR FLORES, Appellant

No. 05-14-00422-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F13-24199-J.
Opinion delivered per curiam before Justices
Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 7th day of May, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

OSCAR FLORES, Appellant

No. 05-14-00423-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F13-24201-J.
Opinion delivered per curiam before Justices
Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 7th day of May, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

OSCAR FLORES, Appellant

No. 05-14-00424-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F13-25015-J.
Opinion delivered per curiam before
Justices Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 7th day of May, 2015.